1058

THE STATE OF WASHINGTON, *Respondent*, v. CARLEY LYNNE WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00217-0, James B. Sawyer II, J., entered November 8, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29630-6-II.   Division Two.   September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID R. THORNBROUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00132-7, Toni A. Sheldon, J., entered November 12, 2002. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 20744-7-III.   Division Three.   October 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE KEITH TRAPP, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00291-4, Vic L. VanderSchoor, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.